UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BAUMGARTNER,<br><br>  Plaintiff,<br><br>vs.<br><br>FARMLAND MUTUAL INSURANCE COMPANY,<br><br>  Defendant. | CIV. #05-4078<br><br>**JOINT MOTION AND STIPULATION FOR JUDGMENT OF DISMISSAL** |

COME NOW the above-named parties, by and through their counsel of record, and jointly move the Court for an Order of Dismissal pursuant to the following Stipulation:

(1) That the above-entitled action shall be dismissed by the Plaintiff as to the Defendant on its merits, with prejudice, with no costs to be taxed to any party; and

(2) That the parties further stipulate and agree that a Judgment of Dismissal in accordance with this Stipulation may be entered by the Court without further notice to any party or hearing thereon.

Dated this 17th day of July, 2006.

JOHNSON, HEIDEPRIEM, MINER,
MARLOW & JANKLOW, L.L.P.

BY _____
Scott N. Heidepriem
Scott A. Abdallah
P.O. Box 1107
Sioux Falls, SD 57101-1107
(605) 338-4304

*Attorneys for the Plaintiffs*

Dated this 12th day of July, 2006.

BIKAKIS, ARNESON, KARPUK & HINDMAN

BY *Scott A. Hindman*
Scott A. Hindman
P.O. Box 1678
Sioux City, IA 51102
(712) 277-1434

*Attorneys for the Defendant*

2